**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Cynthia Walton, Employee, Claimant, Respondent,

v.

Union County Carnegie Library, Employer, SC Association of Counties, SIF, Carrier, Appellants.

Appellate Case No. 2012-212599

———————

Appeal From The Workers' Compensation Commission

———————

Unpublished Opinion No. 2013-UP-231
Heard May 15, 2013 – Filed May 29, 2013

———————

**AFFIRMED**

———————

Richard B. Kale, Jr., Willson Jones Carter & Baxley, P.A., of Greenville, for Appellants.

Jeremy Andrew Dantin, Harrison White Smith & Coggins, P.C., of Spartanburg, for Respondent.

———————

**PER CURIAM:**  Union County Carnegie Library and its insurance carrier appeal the workers' compensation commission's decision that employee Cynthia Walton sustained a compensable injury to her right shoulder.  We find substantial evidence in the record to support the commission's decision.  Therefore, we affirm pursuant

to Rule 220(b)(1), SCACR, and the following authorities: *Ardis v. Combined Ins. Co.*, 380 S.C. 313, 320, 669 S.E.2d 628, 632 (Ct. App. 2008) ("Our review is limited to deciding whether the Commission's decision is unsupported by substantial evidence or is controlled by some error of law."); *Tims v. J.D. Kitts Constr.*, 393 S.C. 496, 508, 713 S.E.2d 340, 346 (Ct. App. 2011) (stating the final determination of witness credibility and the weight to be accorded evidence is reserved to the appellate panel).

**AFFIRMED.**

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**